**Gabriel A. BONEY, Plaintiff–Appellant,**

v.

**RMP NATIONAL/HOLMAN ENTERPRISE, INCORPORATED; Rodger Clyde, Defendants–Appellees,**

and

**Cardell Thurman, Defendant.**

No. 02–1915.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Gabriel A. Boney, Appellant Pro Se. Gregg Stanton Avitabile, Verner, Liipfert, Bernhard, McPherson & Hand, Washington, D.C., for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gabriel A. Boney appeals the district court's order granting summary judgment to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Boney v. RMP Nat'l/Holman Enter., Inc.*, No. CA–02–1334–PJM (D.Md. Aug. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*